■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALANA ROTH, on Behalf of MILES PAYTON, Appellant, v JOSEPH PONTE, Respondent. [65 NYS3d 704]—

Appeal from judgment (denominated an order), Supreme Court, New York County (Larry R.C. Stephen, J.), entered on or about December 19, 2016, denying the petition for a writ of habeas corpus and dismissing the proceeding brought pursuant to CPLR article 70, unanimously dismissed, without costs, as moot.

This habeas petition challenging the bail court's refusal to approve a bail bond, on the ground of insufficient collateral, is concededly moot in light of petitioner's subsequent guilty plea in the underlying case (*see e.g. People ex rel. Mason v Warden*, 138 AD3d 501 [1st Dept 2016]). We decline to apply an excep-

tion to the mootness doctrine (see *Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]; *see also People ex rel. Fox v Ponte*, 151 AD3d 502 [1st Dept 2017], *lv denied* 30 NY3d 902 [2017]). Concur—Friedman, J.P., Gische, Webber, Kahn and Singh, JJ.